# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| UNITED STATES OF AMERICA, | **AMENDED COURT MINUTES** |
|---|---|
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |

Plaintiff,

v.

TEQUISHA SOLOMON,

Defendant.

| | |
|---|---|
| Case No.: | 22-CR-131(1) (ECT/DTS) |
| Date: | August 15, 2023 |
| Court Reporter: | Tim Willette |
| Courthouse: | St. Paul |
| Courtroom: | 3B |
| Time in Court: | 9:04 a.m. – 10:04 a.m. |
| Total Time: | 1 Hour 0 Minutes |

## APPEARANCES:

| For Plaintiff: | Matthew Ebert, Assistant United States Attorney |
|---|---|
| For Defendant: | Matthew Deates ☑ FPD, ☐ CJA, ☐ Retained, ☐ Appointed |

Interpreter/Language:    None / English

☑ Sentencing

## IT IS ORDERED:

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 90 Months | | 3 Years | | |

☑ Special Conditions of:    *See J&C for special conditions.*

☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 2
    ☑ Restitution in the amount of $4,708,191.00
☑ Counts 1, 3, 4, 5, and 6 are dismissed on motion of the United States.
☐ Defendant remanded to the custody of the U.S. Marshal.
☐ Defendant allowed to voluntarily surrender.
☑ Defendant released pending voluntary surrender.
☑ Docket No. 51 shall remain sealed until 8/15/2048.

s/ R. Morton
Courtroom Deputy