United States of America

V.

Solomon

22-CR-00131-ECT-DT

RECEIVED

JAN 2 6 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Tequisha Solomon, acting Prose', respectfully motions the Minnesota 8th district Court The Honorable Judge Tostrud, requesting review of her sentence in regards to the federal guidelines Amendment 821; to see if She May qualify for a reduction in her sentence.

Solomon appreciates and is grateful for the Courts Consideration on this matter and looks forward to hearing back from you.

Tequisha Solomon
# 1200 - 510
Waseca FCI
Unit A
PO BOX 1731
Waseca, MN 56093

RECEIVED

JAN 2 6 2024

U.S. Court of Appeals
Eighth Circuit - St. Paul, MN

SCANNED

JAN 2 7 2024

U.S. DISTRICT COURT ST. PAUL