*KATHERIAN D. ROE
Federal Defender

*MANNY ATWAL
First Assistant Defender

CHAD M. SPAHN
Senior Investigator

**OFFICE OF THE**

# FEDERAL DEFENDER

**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

JAMES BECKER
*SHANNON ELKINS
ROB MEYERS
ERIC RIENSCHE
LISA LOPEZ
*JEAN BRANDL
MATTHEW DEATES
*AARON MORRISON
DAN HUDDLESTON
Assistant Defenders

SUCCESS CARTER
Fellow

*MSBA Certified Criminal Law Specialist

May 17, 2024

*Filed via CM/ECF*
The Honorable Eric C. Tostrud
United States District Judge
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:     Amendment 821 and Tequisha Solomon
        Case No. 22-cr-131 (ECT/DTS)

Dear Chambers,

We have reviewed the above-named defendant with respect to the retroactive portions of Amendment 821 to the United States Sentencing Guidelines. Our office does not intend to file any materials on the defendant's behalf with respect to Amendment 821.

Thank you very much.

Sincerely,

Rob Meyers and Dan Huddleston
Assistant Federal Defenders