AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Tequisha Solomon | ) ) ) ) ) ) ) ) |

Case No: 22-cr-131 (ECT/DTS)

USM No:

Date of Original Judgment: 08/15/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant  Tequisha Solomon  is  ineligible for a sentence reduction because the amendment is not applicable to her, pursuant to USSG §1B1.10(a)(2)(A). Specifically, Ms. Solomon was determined to have 14 criminal history points at the time of sentencing, and she did not incur status points. Therefore, neither USSG §§4C1.1 or 4A1.1(d) (now (e)) apply.

Except as otherwise provided, all provisions of the judgment dated   08/15/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   05/20/2024                         s/ Eric C. Tostrud
                                                                    *Judge's signature*

Effective Date: _____            Honorable Eric C. Tostrud, United States District Court Judge
      *(if different from order date)*                   *Printed name and title*