~~[redacted]~~

--------------------------------------------------------------------------------------------

FROM: 03260180
TO:
SUBJECT: TEQUISHA SOLOMON--- FRP Payments
DATE: 10/30/2024 05:46:50 PM

%

**RECEIVED**

NOV 08 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
Minneapolis, Minnesota

Tequisha Solomon

   vs                    Case Number:  0:22-CR-00131-ECT-DTS(1)

UNITED STATES OF AMERICA

### MOTION TO CONFIRM/OR REDUCE FRP PAYMENTS
### PER JUDGES ORDER

Defendant Tequisha Solomon hereby request this Honorable Court to verify document # 58 on this case docket

that the FRP Payments Affirmed by the judge to paid during Federal Incarceration is to be adhered to by all

Federal Correctional Facilities as identified within:

F:  Special Instructions regarding the payment of criminal monetary penalties:

**SCANNED**

NOV 08 2024

U.S. DISTRICT COURT ST. PAUL

Line 5:

Over the period of incarceration, the defendant shall make payments of either quarterly installments of a MINIMUM of $25 Quarterly if working a NON unicor JOB or a minimum of 50% of monthly earnings if working UNICOR.
It is recommended the defendant participate in the Inmate Financial Responsibility Program while incarcerated.

--------------------------------------------------------------------------------------------

The Federal Bureau of Prisons are taking it upon themselves to try to alter the FINAL schedule f Payments Order of restitution that was ordered by the sentencing Judge in this case.

The ONLY person that can alter or change a court order is a Federal Judge NOT the Federal Bureau of Prisons or other Government entities.

The Federal Correctional Institution that defendant is currently incarcerated at pays the inmates ( NOT MATTER WHAT JOB OTHER THEN UNICOR) a sum of 12 cents per hour.  In a Quarterly period if working a total of 40 hours per week, there is no way that an inmate can earn the sum of $25.00 per quarter, yet the case manager demands at will more then $25 per month which is beyond reach and definitely NOT a part of the FINAL SENTENCING JUDGEMNT in this instant case.

The Judge has also ordered that if an inmate works a UNICOR job the prison is to take ONLY 50% of the monthly income as a minimum.  However if an inmate works UNICOR, this facility expects the entire check at times to be taken , although inmate has not missed a payment.

The Federal Bureau of Prisons regulations state that a prisoner can have their fund for FRP payments reconsidered based upon a 30 day period of incoming income.  These Government workers are clearly not for the inmate paying their fair share to reduce their Restitution to their victims but to instead try to use the FRP against the inmate to put them in refusal to HALT their FSA credits and other programming efforts which will allow them to return to their families and communities in attempts to find a rewarding job to pay off the restitution to her victim which is the Federal Government.

Defendant is requesting the Clerk and this Honorable Court to again verify the court order in t he Final sentencing Judgement which orders the Inmate to pay $25 per quarter minimum based upon earnings from Prison funds and 50% of Prison funds if works for UNICOR.

A prisoner's family is not ordered to pay their debt to the government, but in essence, when the Prison system takes into

---

account for FRP the funds sent in by family and friends for commissary purposes, this is un-constitutional as well as an attempt to alter the Judge's FINAL court Order.

RELIEF REQUESTED:

Defendant request that Clerk and this Honorable Court send a copy of the court docket and confirm the monthly restitution/FRP payment to be as outlined in the Sentencing order as $25.00 per Quarter for NON Unicor Job or 50% of monthly pay if working for UNICOR

Respectfully Submitted;

_____

Tequisha Solomon
Pro-Se

CERTIFICATE OF SERVICE

Mailed from Waseca FCI on 10-30-2024 to the Federal United States Court and the AUSA.