Tequisha Solomon
11200 510
FCI-Waseca—Federal Correctional facility
PO Box 1731
Waseca mn 56093

SAINT PAUL MN 550

5 NOV 2024 PM 7 L

SCANNED
NOV 0 8 2024
U.S. DISTRICT COURT ST. PAUL

11200-510⇔
Warren E Burger Fed Bldg
316 Robert ST N
RM 500
Saint PAUL, MN 55101
United States

RECEIVED
NOV 0 8 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
NOV 07 2024
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

55101-146125